## HOWELL v. STATE. (No. 7272.)

(Court of Criminal Appeals of Texas. Oct. 18, 1922.)

Criminal law ⚖➡1144(17)—Presumption in favor of judgment in absence of bill of exceptions.

In the absence of a statement of facts and bills of exception, everything will be presumed in favor of the validity of the judgment.

Appeal from District Court, Cass County; Hugh Carney, Judge.

Joe Howell was convicted for selling intoxicating liquor, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for selling intoxicating liquor. Punishment, one year in the penitentiary.

In the absence of a statement of facts and bills of exception, we must presume everything in favor of the validity of the judgment.

The same will be affirmed.

## JONES v. STATE. (No. 7327.)

(Court of Criminal Appeals of Texas. Oct. 18, 1922.)

Criminal law ⚖➡1182—Appeal without statement of facts or exceptions affirmed, in absence of fundamental error.

Where the record on appeal contains no statement of facts or bill of exceptions, and the indictment correctly charges the offense named, the case will be affirmed, in the absence of fundamental error.

Appeal from District Court, San Jacinto County; J. L. Manry, Judge.

Arthur Jones was convicted of manufacturing intoxicating liquor, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of San Jacinto county of the offense of manufacturing intoxicating liquor, in violation of what is termed the Dean Law (Vernon's Ann. Pen. Code Supp. 1922, art. 588¼ et seq.), and his punishment fixed at one year in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment correctly charges the offense named, and the law is submitted in the charge of the court.

No fundamental error appearing, the judgment of the trial court is affirmed.